<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1246**

———————

CLARITHA BOUKNIGHT,

Plaintiff - Appellant,

versus

COLUMBIA HOTEL ASSOCIATES, d/b/a Sheraton
Hotel; INTERSTATE MANAGEMENT AND INVESTMENT
CORPORATION,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., Chief
District Judge.  (CA-00-896-17-3)

———————

Submitted:  July 18, 2002          Decided:  July 23, 2002

———————

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Claritha Bouknight, Appellant Pro Se.  Susan Pedrick McWilliams,
NEXSEN, PRUET, JACOBS & POLLARD, Columbia, South Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Claritha Bouknight appeals the district court's order denying her motion for a new trial following a jury verdict in favor of Columbia Hotel Associates and Interstate Management and Investment Corp. on her hostile work environment claims arising under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 1994 & Supp. 2001). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Bouknight v. Columbia Hotel Assocs., No. CA-00-896-17-3 (D.S.C. Nov. 29 & Dec. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2